1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JOHN J. KUCERA (Cal. Bar No. 274184)
   Assistant United States Attorney
6  Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-3391
9       Facsimile: (213) 894-0142
        E-mail:    John.Kucera@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12
                    UNITED STATES DISTRICT COURT
13
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
15 UNITED STATES OF AMERICA,         No. CV 18-8588-RGK

16         Plaintiff,
                                     **NOTICE OF RELATED CASES**
17            v.                     **PURSUANT TO LOCAL RULE 83-1.3.1**

18 $699,940.00 IN BANK FUNDS FROM
   ING BANK '7684;ET AL.,
19
           Defendants.
20

21      Pursuant to Local Rule 83-1.3.1, notice is hereby given that
22 this case is related to the following pending cases:
23      1.   Case number CV 18-6742-RGK, *In the Matter of the Seizure of*
24 *Any and All Funds Held in Republic Bank of Arizona Account XXXX1889;*
25 *XXXX2592, XXXX1938, XXXX2912, and XXXX2500.*
26      2.   Case Number CV 18-8420-MRW, *United States of America v.*
27 *$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA*
28 *ACCOUNT '1889, et al.*

3. Case number CV 18-8423, *United States of America v. $404,374.12 in Bank Funds Seized from National Bank of Arizona Account '0178, et al.*

4. Case number CV 18-8551, *United States of America v. Real Property Located in San Francisco County, California.*

5. Case number CV 18-8565, *United States of America v. $16,500,000.00 in Bank Funds Seized from K&H Account '1210.*

6. Case number CV 18-8566, *United States of America v. $5,462,027.17 in Bank Funds Seized from Compass Bank Account '3873, et al.*

7. Case number CV 8568-JFW, *United States of America v. $359,527.06 Seized from Compass Bank Account '3825, et al.*

8. Case number CV 18-8569-RGK, *United States of America v. €1,680,028.85 in Bank Funds Seized from Fio Account '2226, et al.*

9. Case number CV 18-8577-SJO, *United States of America v. €3,213,937.81 in Bank Fund Seized from Fio Account '4194, et al.*

10. Case number CV 18-8570-DDP, *United States of America v. Any and All Funds in 'K000 K, et al.*

11. Case number CV 18-8578-ODW, *United States of America v. $3,374,918.61 in Bank Funds Seized from Prosperity Bank Account '7188.*

12. Case number CV 18-8579, *United States of America v. $689,884.48 Seized from First Federal Savings & Loan of San Rafael Account '3620, et al.*

/ / /

/ / /

13. Case number 18-8592, *United States of America v. Various Internet Domain Names.*

Dated: October 9, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


\_\_\_\_/s/John J. Kucera_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

3