```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar 274184)
Assistant United States Attorney
Asset Forfeiture Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:    (213) 894-3391
   Facsimile:    (213) 894-0142
   E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | No. CV 18-8588-RGK |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF ERRATA TO THE REAL PROPERTY LOCATED IN MARICOPA COUNTY, ARIZONA (PV 1)** |
| $699,940.00 in Bank Funds from ING Bank '7684; $106,988.41 in Bank Funds from ING Bank '2071; $499,910.01 in Bank Funds from US Bank '0239; $50,000 in Bank Funds from Enterprise Bank and Trust '7177; $1,876.36 in Bank Funds from ING Bank '2071; $50,357.35 in Bank Funds from ING Bank '7684; $248,970.00 in Bank Funds from Citibank NA '0457; $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177; $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177; $5,534.54 in Bank Funds from Enterprise Bank and Trust '7177; | |

| | |
|---|---|
| $52,500.00 in Funds from Crypto Capital, | |
| Defendants. | |

PLEASE TAKE NOTICE of the following errata in the civil forfeiture complaint filed October 5, 2018 (Dkt. No. 1):

1.  Under the Heading ASSETS HELD BY OR FOR THE BENEFIT OF MICHAEL LACEY, paragraph "4.r." was misplaced. That paragraph should have been included in the section headed, "ASSETS HELD BY OR FOR THE BENEFIT OF JAMES LARKIN," which section presently begins at paragraph "4.t.";

2.  Under the section headed, "MICHAEL LACEY ASSETS," which section presently begins at paragraph 53, sub-paragraph "M" was misplaced. That sub-paragraph should have been included in the section headed, "JAMES LARKIN ASSETS," which section presently begins at paragraph 77; and

3.  The section headed, "JAMES LARKIN ASSETS," present paragraph 77 contains inaccurate information. Paragraph 74 presently reads,

> Approximately $11,480,000 million in illicit funds from Backpage's U.S. Bank account '1165 passed-through various Backpage or Backpage Operators accounts, eventually (between March 15 and September 18, 2014) ending up in BMO Harris account '5263, owned or controlled by Lacey. Thereafter, on March 30, 2015, BMO Harris Bank account '5263 transferred $774,379.46 towards the purchase of the Paradise Valley Property 1.

/ / /

/ / /

Instead, paragraph 74 should read,

> Approximately $41.5 million in illicit funds from Backpage's U.S. Bank account '1165 passed through various Backpage or Backpage Operators accounts. Following these various transfers, eventually, on October 2, 2013, a total of approximately $26,130.64 was transferred into BMO Harris account '3110, owned or controlled by Larkin. Thereafter, on December 11, 2014, BMO Harris Bank account '3100 paid $46,957.28 to maintain the Paradise Valley property 1.

Dated: October 9, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States
Chief, Asset Forfeiture Section


      /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3