Gary S. Lincenberg – State Bar No. 123058
  glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
  aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant John Brunst

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cv-08588-RGK-PJW |
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF BRUNST** |
| vs. | |
| $699,940.00 IN BANK FUNDS FROM ING BANK '7684; $106,988.41 IN BANK FUNDS FROM ING BANK '2071; $499,910.01 IN BANK FUNDS FROM US BANK '0239; $50,000 IN BANK FUNDS FROM ENTERPRISE BANK AND TRUST '7177; $1,876.36 IN BANK FUNDS FROM ING BANK '2071; $50,357.35 IN BANK FUNDS FROM ING BANK '7684; $248,970.00 IN BANK FUNDS FROM CITIBANK NA '0457; $52,500.00 IN BANK FUNDS FROM ENTERPRISE BANK AND TRUST '7177; $65,000.00 IN BANK FUNDS FROM ENTERPRISE BANK AND TRUST '7177; $5,534.54 IN BANK FUNDS FROM ENTERPRISE BANK AND TRUST '7177; $52,500.00 IN FUNDS FROM CRYPTO CAPITAL, | Assigned to Hon. R. Gary Klausner, Courtroom 850 |
| Defendants. | |

3581464.1

Pursuant to 18 U.S.C § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant John Brunst hereby submits this Verified Claim asserting an ownership interest in the entirety of the following seized funds (collectively referred to as the "Subject Funds"):

- $699,940.00 in bank funds from ING Bank '7684;
- $106,988.41 in bank funds from ING Bank '2071;
- $499,910.01 in bank funds from US Bank '0239;
- $50,000 in bank funds from Enterprise Bank and Trust '7177;
- $1,876.36 in bank funds from ING Bank '2071;
- $50,357.35 in bank funds from ING Bank '7684;
- $248,970.00 in bank funds from Citibank NA '0457;
- $52,500.00 in bank funds from Enterprise Bank and Trust '7177;
- $65,000.00 in bank funds from Enterprise Bank and Trust '7177;
- $5,534.54 in bank funds from Enterprise Bank and Trust '7177; and
- $52,500.00 in funds from Crypto Capital.

Claimant is a shareholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"). Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds

are a part of the Collateral.  On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimant are legally recognizable interests in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

DATED:  May 23, 2019

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Ariel A. Neuman*_____
Ariel A. Neuman
Attorneys for Claimant John Brunst

3581464.1

**3**

VERIFIED CLAIM AND STATEMENT OF INTEREST OF BRUNST

## VERIFICATION OF CLAIM

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 23, 2019, at Phoenix, Arizona.

_____
John Brunst