BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (SBN 155208)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: jrubiner@bkolaw.com

Attorney for Scott Spear

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| UNITED STATES OF AMERICA | Case No. CV 18-8588-RGK(PJW) |
|---|---|
| Plaintiff, | |
| v. | **SCOTT SPEAR'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |
| $699,940.00 in Bank Funds from ING Bank '7684; $106,988.41 in Bank Funds from ING Bank '2071; $499,910.01 in Bank Funds from US Bank '0239; $50,000 in Bank Funds from Enterprise Bank and Trust '7177; $1,876.36 in Bank Funds from ING Bank '2071; $50,357.35 in Bank Funds from ING Bank '7684; $248,970.00 in Bank Funds from Citibank NA '0457; $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177; $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177; $5,534.54 in Bank Funds from Enterprise Bank and Trust '7177; $52,500.00 in Funds from Crypto Capital, | |
| Defendants. | |

. . .

1

## SCOTT SPEAR'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

These Verified Claims are being filed at this time in accordance with this Court's May 10, 2019 order (Dkt. 30). This case is stayed pursuant to this Court's October 23, 2018 order (Dkt. 13) and April 30, 2019 order (Dkt. 21). The Court's issuance of the same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the subject of an ongoing Ninth Circuit appeal (No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimant respectfully requests that these Verified Claims be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Dkt. 30), Claimant Scott Spear hereby submit these Verified Claims asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- $699,940.00 in Bank Funds from ING Bank '7684;
- $106,988.41 in Bank Funds from ING Bank '2071;
- $499,910.01 in Bank Funds from US Bank '0239;
- $50,000 in Bank Funds from Enterprise Bank and Trust '7177;
- $1,876.36 in Bank Funds from ING Bank '2071;
- $50,357.35 in Bank Funds from ING Bank '7684;
- $248,970.00 in Bank Funds from Citibank NA '0457;
- $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177;
- $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177;
- $5,534.54 in Bank Funds from Enterprise Bank and Trust '7177; and

- $52,500.00 in Funds from Crypto Capital.

Dkt. 1.

Claimant hereby asserts his ownership interests in the entirety of the Subject Funds. Claimant is a stockholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"). Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part of the Collateral. On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimant are legally recognizable interests in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimants expressly limit their appearance to asserting and defending their claims. Claimants reserve all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3454
TELEPHONE (213) 621-4000

DATED:  May 23, 2019                    BARTON, KLUGMAN & OETTING LLP

By:  */s/ John K. Rubiner*
       John Rubiner
       Attorney for Scott Spear

## VERIFICATION OF CLAIM

I, **Scott Spear**, pursuant to Title 18, United States Code Section 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/22/19

_____
Scott Spear

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23 day of May, 2019, I electronically transmitted this Claim to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera**
**AUSA - Office of US Attorney**
**Asset Forfeiture Section**
Email: john.kucera@usdoj.gov
*Attorney for United States*

**Kenneth Miller** kmiller@bmkattorneys.com
**Anthony Bisconti** tbisconti@bmkattorneys.com
**Thomas Bienert** tbienert@bmkattorneys.com
**Whitney Bernstein** wbernstein@bmkattorneys.com
**Bienert Miller and Katzman PLC**
*Attorney for James Larkin*

**Gary Lincenberg** gsl@birdmarella.com
**Ariel Neuman** aan@birdmarella.com
**Gopi Panchapakesan** gkp@birdmarella.com
**Bird Marella Boxer Wolpert Nessim, et al**
*Attorneys for John Brunst*

**Erin McCampbell** emcampbell@lglaw.com
**Paul Cambria** pcambria@lglaw.com
**Lipsitz Green Scime Cambria**
**Janey Henze Cook** janey@henzecookmurphy.com
**Henze Cook Murphy PLLC**
*Attorneys for Michael Lacey*

**Robert Corn-Revere** bobcornrevere@dwt.com
**Scott Commerson** scottcommerson@dwt.com

By: */s/Leeanne Barney*