Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>$699,940.00 in Bank Funds from ING Bank '7684; $106,988.41 in Bank Funds from ING Bank '2071; $499,910.01 in Bank Funds from US Bank '0239; $50,000 in Bank Funds from Enterprise Bank and Trust '7177; $1,876.36 in Bank Funds from ING Bank '2071; $50,357.35 in Bank Funds from ING Bank '7684; $248,970.00 in Bank Funds from Citibank NA '0457; $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177; $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177; $5,534.54 in Bank Funds from Enterprise Bank and Trust '7177; $52,500.00 in Funds from Crypto Capital,<br><br>　　　　　Defendants. | Case No. 2:18-cv-08588-RGK (PJW)<br><br>**MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

This Verified Claim is being filed at this time in accordance with this Court's May 10, 2019 order (Doc. 30). This case is stayed pursuant to this Court's October 23, 2018 stay order (Doc. 13) and April 30, 2019 order (Doc. 21). The Court's issuance of the same stay order in a related case in this District, C.D. Cal. Docket No. 18-CV-6742-RGK is the subject of an ongoing Ninth Circuit appeal (Ninth Circuit Docket No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimant respectfully requests that these Verified Claims be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 30), Claimant Michael Lacey ("Claimant") hereby submits this Verified Claim asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- $699,940.00 in Bank Funds from ING Bank '7684;
- $106,988.41 in Bank Funds from ING Bank '2071;
- $499,910.01 in Bank Funds from US Bank '0239;
- $50,000 in Bank Funds from Enterprise Bank and Trust '7177;
- $1,876.36 in Bank Funds from ING Bank '2071;
- $50,357.35 in Bank Funds from ING Bank '7684;
- $248,970.00 in Bank Funds from Citibank NA '0457;
- $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177;
- $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177;
- $5,534.54 in Bank Funds from Enterprise Bank and Trust '7177; and
- $52,500.00 in Funds from Crypto Capital.

(*See* Doc. 1.)

Claimant hereby asserts his ownership interests in the entirety of the Subject Funds. Claimant is a stockholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"). Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part of the Collateral. On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimant is a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds. Accordingly, Claimant has a superior right, title, and interest in the Subject Funds over any and all interest asserted by the government in such funds.

/
/
/

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

Dated: May 24, 2019                              Respectfully submitted,

*/s/  Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Counsel for Claimant Michael Lacey

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on May 24, 2019, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:     Buffalo, New York
           May 24, 2019

                              */s/ Rachel Skrzypek*
                              Rachel Skrzypek

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY